PIETRO ROSELLE, CRESCENT J. ROSELLE, ARTHUR RO-
SELLE AND LOUIS ROSELLE, A PARTNERSHIP DOING
BUSINESS UNDER THE TRADE NAME OF PETER RO-
SELLE & SONS, PLAINTIFFS-RESPONDENTS, v. THE
TOWNSHIP OF MAPLEWOOD AND TOWNSHIP COM-
MITTEE OF THE TOWNSHIP OF MAPLEWOOD, DE-
FENDANTS-APPELLANTS.

Argued February 2, 1953—Decided February 2, 1953.

*Mr. Emanuel P. Scheck* argued the cause for the appellants (*Messrs. Osborne, Cornish & Scheck,* attorneys).

*Mr. Samuel A. Larner* appeared for the respondents (*Messrs. Budd & Larner,* attorneys).

VANDERBILT, C. J. (orally). The court is of the opinion that the issues raised are moot, both as to 1952 and 1953.

So that the parties may be under no misapprehension we would observe, on the merits, that the question raised in reference to the lease given to the plaintiff by the Town of Kearny seems to us to be without substance.

The appeal accordingly is dimissed.

*For dismissal*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*Opposed*—None.